# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BRENT BLAGG as Personal Representative for the ESTATE of AMY BLAGG; BRENT BLAGG as Guardian and Next Friend of K.B. and Personal Representative for the ESTATE of K.B.; and BRENT BLAGG as Guardian and Next Friend of T.B., and BRENT BLAGG, individually,<br><br>    PLAINTIFFS,<br><br>vs.<br><br>JERRY LINE, an Individual and as Principal/Employer; CHARLIE DAVIS STRONG, JR., an Individual and Agent/Employee; and BRENT ALAN RADKE, an Individual and Agent/Employee,<br><br>    DEFENDANTS. | CASE NO. 09-CV-703-CVE-FHM<br>BASE FILE FOR DISCOVERY<br><br>Consolidated for Pretrial Discovery Purposes ONLY with<br>Case No. 09-CV-708-TCK-PJC<br>Case No. 10-CV-502-GKF-PJC |

## OPINION AND ORDER

Defendant Charlie Davis Strong, Jr.'s Motion for Protective Order Staying Discovery [Dkt. 63] is before the Court for decision. Defendant Strong seeks a stay of discovery until after his related state criminal trial which is currently set for February 28, 2011. Several of the parties in these cases have stated that they have no objection to the motion. No party has filed any objection to the motion.

Based upon the potential of prejudice to Defendant Strong of discovery in these cases while the related state criminal case is ongoing, the short time until the state criminal case is set for trial and the lack of objection by any party, Defendant Charlie Davis Strong, Jr.'s Motion for Protective Order Staying Discovery [Dkt. 63] is GRANTED.

Discovery in these cases is hereby stayed and the parties are directed to file a joint status report with the Court by March 18, 2011, setting forth a proposed scheduling order for further discovery in these cases.

SO ORDERED this 28th day of January, 2011.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE