# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **BRENT BLAGG as Personal Representative for the ESTATE of AMY BLAGG; BRENT BLAGG as Guardian and Next Friend of K.B. and Personal Representative for the ESTATE of K.B.; and BRENT BLAGG as Guardian and Next Friend of T.B.** | ) ) ) ) ) ) ) ) ) |
| **PLAINTIFFS,** | ) ) |
| **vs.** | ) ) |
| | ) |
| **JERRY LINE, an Individual and as Principal/Employer; CHARLIE DAVIS STRONG, JR., an Individual and Agent/Employee; WP Oil and Gas, LLP, as Principal/Employer; and Petron Energy, Inc., as Principal/Employer,** | ) ) ) ) ) ) ) ) |
| **DEFENDANTS.** | ) ) |

**CASE NO. 09-CV-703-CVE-FHM**
**BASE FILE FOR DISCOVERY**

**Consolidated for Pretrial**
**Discovery Purposes ONLY with:**

**Case No. 09-CV-708-TCK-PJC**
**Case No. 10-CV-502-GKF-PJC**

## OPINION AND ORDER

Plaintiffs' Motion for Accelerated Discovery Deposition newly-Added Defendant Petron Energy, Inc., [Dkt. 137] is denied without prejudice for failure to comply with LCvR 37.1.

SO ORDERED this 27th day of September, 2011.

*Frank H. McCarthy*

**FRANK H. MCCARTHY**
**UNITED STATES MAGISTRATE JUDGE**